

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00257-CV

## IN THE MATTER OF THE MARRIAGE OF
## MONROE PORTER AND SHAWNA RANDALL PORTER

**From the 378th District Court**
**Ellis County, Texas**
**Trial Court No. 111458D**

## MEMORANDUM OPINION

On September 10, 2024, the Clerk of this Court notified Appellant Shawna Randall Porter that we have not received the docketing statement and that this appeal may be dismissed if the docketing statement was not filed within twenty-one days of the date of the letter. To date, we have not received the docketing statement from Appellant. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3(c).

Appellant's "Emergency Motion to Stay Order of Sale Pending Appeal," filed on August 30, 2024, is dismissed as moot.

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Dismissed
Opinion delivered and filed October 24, 2024
[CV06]

